No. 579. 103 Park Avenue Company *v.* Exchange Buffet Corporation, City of New York, and Charles L. Craig, Comptroller of the City of New York. Error to the Supreme Court of the State of New York. Motion to dismiss or affirm submitted May 2, 1927. Decided May 16, 1927. *Per Curiam.* Dismissed for lack of a federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Melville D. Church* in behalf of *Messrs. Clifton V. Edwards, George P. Nicholson,* and *J. Joseph Lilly* for defendants in error, in support of the motion. *Messrs. Spencer Gordon* and *James R. Deering* for plaintiff in error, in opposition thereto.

No. —, original. Ex parte: In the matter of Harry B. Stilz. May 16. 1927. The motion for leave to file in the Court of Claims a petition in the nature of a bill of review is denied. *Mr. Harry B. Stilz, pro se.*

No. —. Thomas Desmond, Sheriff, *v.* Milo Eggers. May 16, 1927. The motion for a stay of execution in this case is denied. No appearance for appellant. *Messrs. John F. Dore* and *George F. Vandeveer* for appellee.

No. —, original. Ex parte: In the matter of Joseph Y. Saunders. May 16, 1927. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to the filing of a petition for writ of habeas corpus in the District Court of the United States for the District of Georgia. *Mr. Joseph Y. Saunders, pro se.*

No. 864. James Willos *v.* State of Oregon. Error to the Supreme Court of the State of Oregon. Argued April